# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT WESLEY TAYLOR II,

      Plaintiff,              CIVIL ACTION NO. 07-CV-12723-DT

vs.

                                   DISTRICT JUDGE DENISE PAGE HOOD

DETROIT, CITY OF,           MAGISTRATE JUDGE MONA K. MAJZOUB

      Defendant.
_____/

## OPINION AND ORDER DENYING AS MOOT DEFENDANT'S MOTION TO COMPEL DISCOVERY

This matter comes before the Court on Defendant's Motion to Compel Discovery filed on March 20, 2008. (Docket no. 26). Plaintiff has responded to this Motion. (Docket no. 29). The motion has been referred to the undersigned for decision. (Docket no. 27). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). The matter is now ready for ruling.

Defendant's Motion to Compel was filed on March 20, 2008. Plaintiff shows in his Response that he served his Answer to Defendant's Interrogatories on March 21, 2008. Therefore, it appears that Defendant's Motion to Compel is moot because the relief requested–that Plaintiff be ordered to respond within ten days–has now occurred. Defendant's Motion to Compel will be denied on that basis.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Compel Discovery (docket no. 26) is **DENIED AS MOOT.**

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: April 22, 2008          s/ Mona K. Majzoub
                               MONA K. MAJZOUB
                               UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Robert Wesley Taylor and Counsel of Record on this date.

Dated: April 22, 2008          s/ Lisa C. Bartlett
                               Courtroom Deputy